UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
KABOYA BROWN,

                 Petitioner,

   -against-

MICHAEL ZENK, Warden, MDC-Brooklyn,
et al.,

                 Respondents.
-----------------------------------------------------------------X

JUDGMENT
04-CV- 5627 (NG)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
MAY 16 2005
P.M.
TIME A.M.

      An Order of Honorable Nina Gershon, United States District Judge, having been filed on May 11, 2005, denying the petition for a writ of habeas, for the reasons stated in the Court's Order of May 6, 2005 in the case *Sanchez v. Zenk*, 04-CV- 5367; and denying a Certificate of Appealability; it is

      ORDERED and ADJUDGED that petitioner take nothing of the respondents; that judgment is hereby entered denying the petition for a writ of habeas corpus; and that a Certificate of Appealability is denied.

Dated: Brooklyn, New York
       May 11, 2005

                                      /S/
                              ROBERT C. HEINEMANN
                              Clerk of Court